IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-MJ-00055-EPG |
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT** |
| ANTHONY RAY RAMIREZ, | |
| Defendant. | |

The United States of America, having arrested the defendant, Anthony Ray Ramirez, on an arrest warrant, and the need for sealing the criminal complaint and related documents having ceased;

IT IS ORDERED that the criminal complaint and arrest warrants shall be unsealed.

IT IS SO ORDERED.

Dated:  **July 6, 2026**                          _____

STANLEY A. BOONE
United States Magistrate Judge

1