IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:26-MJ-00055-EPG |
| Plaintiff, | |
| v. | **ORDER UNSEALING COMPLAINT** |
| ANTHONY RAY RAMIREZ and GARY RAMIREZ, | |
| Defendants. | |

The United States of America, having arrested the defendant, Anthony Ray Ramirez, on an arrest warrant, and the need for sealing the criminal complaint and related documents having ceased;

IT IS ORDERED that the criminal complaint and arrest warrants shall be unsealed in their entirety, including as to both defendants, Anthony Ray Ramirez and Gary Ramirez.

IT IS SO ORDERED.

Dated: __**July 6, 2026**__ _____

STANLEY A. BOONE
United States Magistrate Judge

1